IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DONALD O'KEEFE,

        Plaintiff,                      Civil Action No.
                                            05-cv-737
v.                                             GLS/GHL

COMMISSIONER OF SOCIAL         **STIPULATION OF**
SECURITY,                                  **REMAND**

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in this case.

Dated:

                                                         /s/ Irwin M. Portnoy
                                                         Irwin M. Portnoy & Associates, P.C.
                                                         254 Route 17K, Suite 203
                                                         Newburgh, New York 12550
                                                          Attorney for Plaintiff

Dated: May 30, 2006                   GLENN T. SUDDABY
                                                         United States Attorney
                                                         P.O. Box 7198
                                                         100 S. Clinton Street
                                                         Syracuse, New York 13261-7198


                                          By:   /S/ William H. Pease
                                                    William H. Pease - 102338
                                                    Assistant U.S. Attorney

SO ORDERED:
Dated: JUNE 1, 2006
    Syracuse, New York                HON. GEORGE H. LOWE
                                                U.S. MAGISTRATE JUDGE